**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez  
Probation Officer: Jan Woll

Date: May 26, 2009

---

Criminal Action No.  07-cr-00172-CMA-17

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Michele Korver |
|  | Colleen Covell |
| Plaintiff, | |
| v. | |
| RUSTY MARTINEZ, | Richard Irvin |
| a/k/a Rona, | |
| Defendant. | |

_____

**SENTENCING MINUTES**
_____

**9:02 a.m.     Court in session**.

Defendant present in custody.

Change of Plea Hearing: September 20, 2007.

Defendant plead guilty to Count One of the Superseding Indictment and confesses to Count One Hundred Two, the forfeiture allegation.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**     Government's Motion Pursuant to 18 U.S.C. § 3553(e) and § 5K1.1 for Downward Departure Based on Substantial Assistance **(1478)** is **granted**.

**ORDER:**   Government's Motion for Three Offense Level Decrease Pursuant to U.S.S.G. § 3E1.1(a) and (b) **(1479)** is **granted**.

**ORDER:**   Government's Motion to Dismiss Counts 74-76, 84, 85, 91, 93, 95-100 of the Indictment and all Counts of the Superseding Indictment as to Defendant Rusty Martinez **(1480)** is **granted**.

**Defendant sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:34 a.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:32